dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ANTHONY FARO and Another v. HERMAN LEBOWITZ.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SYLVANNA SMITH v. FURNESS WITHY AND COMPANY.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MORTON ROSENBERG and Another, as Surviving Executors, etc., of CHARLES ROSENBERG, Deceased, and Others v. FRANK WALLMAN.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

PEARL PETERSON v. FOX THEATRE CORPORATION.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

J. P. DUFFY Co. v. MAC-STONE STUCCO Co., INC.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ALFRED C. GROSS and Another v. CHICAGO FIRE AND MARINE INSURANCE COMPANY.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

BERNARD SOLL v. ANNA M. STEPHANY.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

NATHAN ABRAMOVITZ v. THE GRAHAM Co., INC.— Application granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JOHN R. BLAIR COMPANY, INC., v. NORTHERN REALTY COMPANY, INC., and Another, Impleaded, etc.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ

GUERIN MILLS, INC., v. WILLIAM M. BARRETT, as President of the Adams Express Company.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the CITY OF NEW YORK, Carrying Bronx River Parkway Drive across the New York and Harlem Railroad at a Point about 250 Feet South of East Two Hundred and Thirty-third Street, in the Borough of The Bronx, etc.— Motion granted. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

ISIDORE WEIL and FERNAND WEIL v. NETTIE M. WEIL and Others, as Executors, etc., of EDMOND WEIL, Deceased.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application for an Order of Certiorari by 153 EAST 87TH STREET CORPORATION and Others v. WILLIAM F. WALSH and Others, etc. - Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

BROUS-GARSSON Co., INC., v. DAYNOR REALTY Co., INC.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

ERIE RAILROAD COMPANY v. ROYAL CARD & PAPER COMPANY, INC. (Action

No. 1.) — Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ERIE RAILROAD COMPANY v. ROYAL CARD & PAPER COMPANY, INC. (Action No. 2.) — Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

G. FRANK DOUGHERTY v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES. (Action No. 4.) — Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

G. FRANK DOUGHERTY v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES. (Action No. 13.) — Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JACOB A. JACOBS v. NATHAN E. NEWMAN.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

HAROLD L. LOUD v. CLIFFORD COUNTRY ESTATES, INC., and WALTER CLIFFORD. AUGUST B. LOUD v. CLIFFORD COUNTRY ESTATES, INC., and WALTER CLIFFORD.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of THE WAREHOUSEMEN'S ASSOCIATION OF THE PORT OF NEW YORK, INC., for a Writ of Mandamus to Be Directed to MICHAEL COSGROVE, as Commissioner of Docks of the City of New York.— Motion denied, with ten dollars costs. Present — Dowling, P. J., McAvoy, Martin and O'Malley, JJ.

GEORGE F. ARMAND, as Administrator, etc., v. METROPOLITAN LIFE INSURANCE COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

BERENICE L. BAUMANN v. CHARLES LUDWIG BAUMANN and Others.— Motion for reargument granted and, upon reargument, order entered December 20, 1929, vacated, and plaintiff's motion to dismiss appeal denied. Motion in other respects denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE REAL ESTATE HOLDING CORPORATION and Another v. THE UNIVERSAL NEGRO IMPROVEMENT ASSOCIATION, INC., and Others, Impleaded with JEAN JOSEPH ADAM and Others, and FRED A. TOOTE and Another, as Trustees, etc.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LUCRECIA SANCHEZ, as Administratrix (Impleaded with GABRIEL VALENCIA, as Administrator) of the Estate of EDUARDO SANCHEZ, Deceased, v. GUARDIAN TAXI CORPORATION.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

WILLIAM J. COOGAN v. NEW YORK CITY INTERBOROUGH RAILWAY COMPANY. — Motion for leave to appeal or for reargument denied, with ten dollars costs. Motion for stay granted upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

LUDWIG STEFFENS v. EASTERN STEAMSHIP LINES, INC.— Motion withdrawn, stay vacated, and order to show cause and appeal withdrawn. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

HARVINE HOLDING CORPORATION v. ANTONIO FILIPPI, Impleaded, etc.— Motion